Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Masterpiece Leaded Windows Corporation

vs

Sonny J. Joselin, an individual, Eric James Tingey, an individual, Decor A Door & Window, Inc.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 765   JM  JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gastone Bebi, SBN 110183
The Law Offices of Gastone Bebi
444 West C Street, Suite 400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.



J. HINKLE

APR 28 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)