Morton G. Rosen (mrosen@hbblaw.com) (Bar No. 34333)
Chandra Moore (cmoore@hbblaw.com) (Bar No. 202806)
HAIGHT, BROWN & BONESTEEL, L.L.P.
550 West C Street, Suite 1760
San Diego, California 92101
Telephone:  619.595.5583
Facsimile:  619.595.7873

Attorneys for Defendants SONNY J. JOSLIN,
ERIC JAMES TINGEY, and DECOR A DOOR &
WINDOW, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE LEADED WINDOWS CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>SONNY J. JOSLIN, an individual,<br>ERIC JAMES TINGEY, an individual,<br>DECOR A DOOR & WINDOW, INC.,<br><br>  Defendants. | Case No. 08 CV 765 JM/JMA<br><br>**NOTICE OF APPEARANCE BY DEFENDANTS SONNY J. JOSLIN, ERIC JAMES TINGEY, AND DECOR A DOOR & WINDOW, INC.**<br><br>Judge:  Hon. Jeffrey T. Miller<br><br>Complaint Filed:  April 28, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that effective immediately, this matter will be handled by Chandra L. Moore, with the assistance of Morton G. Rosen, of Haight, Brown and Bonesteel, LLP, 550 West "C" Street, Suite 1760, San Diego, California 92101, (619) 232-5879, fax (877) 350-9561.  For correspondence via email, please contact Chandra Moore at cmoore@hbblaw.com.

Dated: July 8, 2008                                              HAIGHT, BROWN & BONESTEEL, L.L.P.


                                                                          By:s// Chandra Moore
                                                                          Morton G. Rosen (mrosen@hbblaw.com)
                                                                          Chandra Moore (cmoore@hbblaw.com)
                                                                          Attorneys for Defendants
                                                                          SONNY J. JOSLIN, ERIC JAMES
                                                                          TINGEY, and DECOR A DOOR &
                                                                          WINDOW, INC.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3413114.1

1

NOTICE OF APPEARANCE

# **PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF LOS ANGELES )

*MASTERPIECE LEADED WINDOWS CORPORATION vs. SONNY J. JOSLIN*
*08 CV 765 JM/JMA*

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 1760, Los Angeles, CA 92101.

    On July 8, 2008, I served the within document described as:

NOTICE OF APPEARANCE

on the interested parties in this action as stated below:

Gastone Bebi, Esq.
444 West "C" Street, Suite 400
San Diego, CA 92101

Tel:  (619) 374-0514
Fax:  (619) 374-1985

[X]   (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

Executed on July 8, 2008, at San Diego, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Tara Schwartz | s//Tara Schwartz |
|---|---|
| (Type or print name) | (Signature) |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3413114.1

2

NOTICE OF APPEARANCE