Morton G. Rosen (mrosen@hbblaw.com) (Bar No. 34333)
Chandra Moore (cmoore@hbblaw.com) (Bar No. 202806)
HAIGHT, BROWN & BONESTEEL, L.L.P.
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: (310) 215-7100
Facsimile: (310) 215-7300

Attorneys for Defendants SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE LEADED WINDOWS CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>SONNY J. JOSLIN, an individual, ERIC JAMES TINGEY, an individual, DECOR A DOOR & WINDOW, INC.,<br><br>  Defendants. | Case No. 08 CV 765 JM/JMA<br><br>**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** |

Defendants SONNY J. JOSLIN ("Joslin"), ERIC JAMES TINGEY ("Tingey"), and DÉCOR A DOOR & WINDOW, INC. ("Décor"), hereby make their Initial Disclosure in accordance with Rule 26(a)(1).

**GENERAL PREFACE APPLICABLE TO ALL SECTIONS**

Discovery has just begun and as such, Defendants have not yet fully completed their investigation of the facts, have not yet interviewed all witnesses, have not participated in written discovery or taken depositions. Defendants responses contained herein are based solely upon information currently available to and specifically known by Defendants. Further discovery, independent investigation, legal research and analysis may supply additional facts and documents and may lead to additions, changes and/or variations from the responses contained herein.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441472.1

1

DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

The Complaint is vague, ambiguous and conclusory, and at present, Defendants do not know what, if anything, is material and relevant in terms of disproving Plaintiff's claims and proving Defendants' defenses. Accordingly, Defendants reserve their right to amend or supplement its initial disclosures at a later date.

The above is incorporated by reference into every other section of this Initial Disclosure.

## WITNESSES

Joslin, Tingey, Joel Debus anyone who is designated by Plaintiff and its counsel as the persons most knowledgeable with regard to facts, and those that have custody, possession and control of documents that Plaintiff and its counsel believe explain and support Plaintiff's allegations. Additionally, there will be percipient witnesses identified through discovery and expert witnesses whom are unknown at this time.

## DOCUMENTS

All documents, including electronic mailings and websites, that show the actual facts regarding the conduct of Defendants that is material and relevant to disproving the allegations of Plaintiff and proving the defenses of Defendant, after Defendants learn what if any facts Plaintiff relies upon in support of its claims. Defendants anticipate that documents, currently unknown, will become known through discovery and will be relied upon by Defendants.

## DAMAGES

Not applicable to Defendants at this time.

Dated: September 11, 2008

HAIGHT, BROWN & BONESTEEL, L.L.P.

By: /s/ Chandra Moore
Morton G. Rosen
Chandra Moore
Attorneys for Defendants
SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441472.1

2

DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF LOS ANGELES )

*MASTERPIECE LEADED WINDOWS CORPORATION vs. SONNY J. JOSLIN*
*08 CV 765 JM/JMA*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 1760, San Diego, CA 92101.

On September 11, 2008, I served the within document described as:

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

on the interested parties in this action as stated below:

Gastone Bebi, Esq.
444 West "C" Street, Suite 400
San Diego, CA 92101

Tel:  (619) 374-0514
Fax:  (619) 374-1985

[X]  (BY ELECTRONIC SERVICE) through the Case Management/Electronic Court Filing system of the United States District Court, Southern District of California.

Executed on September 11, 2008, at San Diego, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Linda Gage Pomerinke
(Type or print name)

*/s/ Linda Gage Pomerinke*
(Signature)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441472.1

3

DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)