Morton G. Rosen (mrosen@hbblaw.com) (Bar No. 34333)
Chandra Moore (cmoore@hbblaw.com) (Bar No. 202806)
HAIGHT, BROWN & BONESTEEL, L.L.P.
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone: (310) 215-7100
Facsimile: (310) 215-7300

Attorneys for Defendants SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE LEADED WINDOWS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY J. JOSLIN, an individual, ERIC JAMES TINGEY, an individual, DECOR A DOOR & WINDOW, INC.,<br><br>Defendants. | Case No. 08 CV 765 JM/JMA<br><br>**JOINT PROPOSED DISCOVERY PLAN** |

Plaintiff MASTERPIECE LEADED WINDOWS CORPORATION and Defendants SONNY J. JOSLIN ("Joslin"), ERIC JAMES TINGEY ("Tingey"), and DÉCOR A DOOR & WINDOW, INC. ("Décor"), hereby provide their Joint Discovery Plan.

### DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Plaintiff's counsel, Gastone Bebi, and Defendants' counsel, Chandra Moore, met and conferred regarding the discovery plan in this matter. Counsel discussed the nature and basis of their respective claims and defenses and the possibility of a prompt settlement or resolution of this case. Counsel further agreed on, and propose to the Court, the following discovery plan.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441646.1

1

JOINT PROPOSED DISCOVERY PLAN)

1. The parties have agreed that discovery will be needed on the following subjects:

   a. Whether the Defendants engaged in Unfair Business Practices, Violated the Lanham Act, Falsely Described its Product, Misappropriated Trade Secrets, and Interfered with Plaintiff's Prospective Economic Advantage;

   b. Whether and to what extent the alleged conduct resulted in Plaintiff's alleged injuries;

   c. The present value of Plaintiff's alleged economic and non-economic damages;

   d. Whether and to what extent Plaintiff has future damages;

   e. Whether and to what extent Plaintiff mitigated its alleged damages; and

   f. The existence, extent and nature of offsets against Plaintiff's alleged damages.

2. The discovery shall include interrogatories, requests for production and inspection of documents, and requests for admissions. Additionally, the parties presently anticipate deposing Sonny Joslin, Eric Tingey, Joel Debus, William O'Conner and any other witnesses knowledgeable of the items listed in paragraph 1 above, and the expert witnesses designated in this matter.

3. All discovery shall commence in time to be completed by April 30, 2009.

4. The length and maximum number of depositions and other discovery shall be governed by the Court's local rules and the Federal Rules of Civil Procedure.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441646.1

2

JOINT PROPOSED DISCOVERY PLAN)

5. The parties reserve their right to conduct additional discovery that may be required, including but not limited to interrogatories, further document demands, depositions not specifically identified herein, and expert witness discovery.

Dated: September 11, 2008

HAIGHT, BROWN & BONESTEEL, L.L.P.

By: _____
Morton G. Rosen
Chandra Moore
Attorneys for Defendants
SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC.

Dated: September 11, 2008

LAW OFFICES OF GASTONE BEBI

By: _____
Gastone Bebi
Attorneys for Plaintiff
MASTERPIECE LEADED WINDOWS CORPORATION

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441646.1

3

JOINT PROPOSED DISCOVERY PLAN)

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

*MASTERPIECE LEADED WINDOWS CORPORATION vs. SONNY J. JOSLIN*
*08 CV 765 JM/JMA*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 1760, San Diego, CA 92101.

On September 11, 2008, I served the within document described as:

**JOINT PROPOSED DISCOVERY PLAN**

on the interested parties in this action as stated below:

Gastone Bebi, Esq.
444 West "C" Street, Suite 400
San Diego, CA 92101

Tel:  (619) 374-0514
Fax:  (619) 374-1985

[X]  (BY ELECTRONIC SERVICE) through the Case Management/Electronic Court Filing system of the United States District Court, Southern District of California.

Executed on September 11, 2008, at San Diego, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Linda Gage Pomerinke
(Type or print name)

*(Signature)*

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LG99-0000030
3441646.1

4

JOINT PROPOSED DISCOVERY PLAN)