UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE LEADED WINDOWS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY J. JOSLIN, an individual, ERIC JAMES TINGEY, an individual, DECOR A DOOR & WINDOW, INC.,<br><br>Defendants. | Case No. 08 CV 765 JM/JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINE DISCOVERY COMPLETION DATE, TRIAL DATE AND ALL OTHER SCHEDULED DATES [Doc. 26]** |

Having considered the joint motion of Defendants SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC. ("Defendants") and Plaintiff MASTERPIECE LEADED WINDOWS CORPORATION ("Masterpiece") for a Court Order continuing discovery completion date, the trial date and all other scheduled dates, and good cause appearing thereon, this Court orders the following new scheduling order:

1. Discovery Completion Deadline
   Date: September 25, 2009

2. Case Management Conference
   Date: September 15, 2009

3. Motion Filing Deadline
   Date: October 23, 2009

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Diego

LG99-0000030
3561049.1

1

ORDER CONTINUING DISCOVERY COMPLETION DATE, TRIAL DATE AND ALL OTHER SCHEDULED DATES

4. Mandatory Settlement Conference
   Date: January 12, 2010 at 10:00 a.m.

5. Deadline to Submit Settlement Statements
   Date: January 5, 2010

6. Deadline to Comply with Pre-Trial Requirements re Fed.R.Civ.P.26(a)(3)
   Date: January 29, 2010

7. Deadline for Counsel to Meet & Confer per Local Rule 16.1(f)(4)
   Date: February 5, 2010

8. Deadline to Submit Proposed Pre-Trial Conference Order
   Date: February 12, 2010

9. Pre-Trial Conference
   Date: February 19, 2010 at 8:30 a.m.

10. Trial
    Date: March 22, 2010 at 10:00 a.m.

IT IS SO ORDERED:

Dated: July 13, 2009

_____
Hon. Jan M. Adler
U.S. Magistrate Judge

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Diego

LG99-0000030
3561049.1

2

ORDER CONTINUING DISCOVERY COMPLETION DATE, TRIAL DATE AND ALL OTHER SCHEDULED DATES