UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE LEADED WINDOWS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SONNY J. JOSLIN, an individual, ERIC JAMES TINGEY, an individual, DECOR A DOOR & WINDOW, INC.,<br><br>　　　　Defendants. | Case No. 08 CV 765 JM/JMA<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS FOR ADDITIONAL DISCOVERY RE: INTERROGATORIES AND REQUEST FOR ADMISSIONS**<br><br>[Docs. 28, 29] |

　　Having considered the motions of Defendants SONNY J. JOSLIN, ERIC JAMES TINGEY, and DECOR A DOOR & WINDOW, INC. ("Defendants") for a Court Order granting additional Interrogatories and Request for Admissions, and upon confirming with counsel for Plaintiff MASTERPIECE LEADED WINDOWS CORPORATION that Plaintiff does not object to the granting of said motions, **IT IS HEREBY ORDERED** that Defendants' motions for additional discovery re: interrogatories and request for admissions is **GRANTED**.

　　IT IS SO ORDERED.

Dated:  September 1, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jan M. Adler
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Diego

LG99-0000030
3580013.1

1

ORDER RE DEFENDANTS MOTION FOR ADDITIONAL INTERROGATORIES AND REQUEST FOR ADMISSIONS