# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MASTERPIECE LEADED GLASS WINDOWS CORPORATION,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**SONNY J. JOSLIN et al**<br><br>　　　　　　Defendants. | Case No.: **08-CV-0765-JM (JMA)**<br><br>**ORDER RE: DISMISSAL** |

### ORDER RE: DISMISSAL

IT IS HEREBY ORDERED that this action be dismissed, with prejudice, pursuant to stipulation of the parties.

DATED:　November 23, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -